# Alexander POOLE & Co. Inc.

SINCE 1962

ALEXANDER POOLE & CO., INC.
PO BOX 69, ALBANY, NY 12201
TELEPHONE 518-436-0895 • FAX 518-436-7366
EMAIL INFO@ALEXANDERPOOLE.COM

Federal ID # 14-1482374

Invoice # **1943159**

November 8, 2019

A9826
Adam J. Fishbein, P.C.
735 Central Avenue
Woodmere NY 11598

# PAID

Your File No.: Lowenbien

## Routine
Contract or SFS No.:

| | | |
|---|---|---|
| *Joseph Lowenbien* | Plaintiff/Petitioner | Date Received: 11/6/2019 |
| vs | | Serve By Date: |
| *Audit Systems Inc* | Defendant/Respondent | Date Returnable: |
| | | Docket or ID #: 1:19-CV-05977-LDH-SJB |
| | | Court: U. S. District |
| **Re:** | **Audit Systems Inc** | County: Eastern Dist. |

*Docs. Served or Svc. Provided*: Summons in A Civil Action & Complaint
Date Served/Complete: 11/8/2019   Method: _____   **File:** ☐
Server: Robert Guyette
*Pursuant to*: Business Corporation Law §306

| Date | Service Description | Service Fee |
|---|---|---|
| 11/6/19 | Secretary of State Fee ($40) Prepaid by Customer | $40.00 |
| 11/6/19 | Svc. on Secretary of State - Regular (Svc.Fee Prepaid) | $20.00 |

**Payments Made:**
11/06/2019 by Credit Card Transaction #PK0256722773 - Applied $60.00

| | |
|---|---|
| Total Service Fees | $60.00 |
| Payments/Credits | -$60.00 |
| **Balance Due =** | **$0.00** |

Notes:

There will be a $35.00 fee charged for any returned check.

---

We also accept eChecks, PayPal, Visa, Mastercard, American Express & Discover

A9826
Adam J. Fishbein, P.C.
735 Central Avenue
Woodmere NY 11598

Customer Fax: 516-791-4411
Invoice#: **1943159**
Invoice Date: 11/8/2019

**Alexander, Poole & Co., Inc.**
**41 State St, Ste 406**
**Albany, New York, 12207**

Total Amount Due: $0.00

| Attorney(s) | Adam J. Fishbein, P.C. |
|---|---|
| Index # | 1:19-CV-05977-LDH-SJB |
| Purchased/Filed: | October 23, 2019 |
| State of New York | |
| Court: | U. S. District |
| County: | Eastern Dist. |

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Joseph Lowenbien

Plaintiff(s)

against

Audit Systems Inc

Defendant(s)

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS 
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 55 yrs

Weight: 120 lbs   Height: 5' 1"   Sex: Female   Color of skin: White

Hair color: Brown   Other: _____

_____ Robert Guyette _____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on _____ November 8, 2019 _____ , at   12:25 PM , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in A Civil Action & Complaint**

on

**Audit Systems Inc**

the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   $40   dollars; That said service was made pursuant to Section   BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

8th day of   November 2019

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

Invoice·Work Order # 1943159
Attorney File #  **Lowenbien**